RECD USMS W/TN '25 MAY 29

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

United States of America
v.
Alonzo Frazier
*Defendant*

Case No. 2:25cr20120-MSN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Alonzo Frazier,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 924(c)- Use/carry of firearm during crime of violence/drug trafficking offense

Date: 05/29/2025

*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/05/2026, and the person was arrested on *(date)* 1/05/2026
at *(city and state)* Memphis TN

Date: 1/05/2026

*Arresting officer's signature*

DUSM Justin Bacon
*Printed name and title*